(May 13, 1942.)

A. AUGUSTUS LOW and VANDAH GARA LOW, Appellants, v. THE PEOPLE OF THE STATE OF NEW YORK, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals on certified questions denied, with ten dollars costs. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

HOMER BAIRD, Appellant, v. HARVEY E. REESE and LILLIAN M. REESE, Respondents.— This is a motion to modify our decision of March 18, 1942 [263 App. Div. 1070], by striking therefrom the statement that Meyer J. Lavin, appellant's attorney, had imposed upon this court and was guilty of reprehensible conduct, and the direction for the payment of fifty dollars costs by the appellant and that the same be paid by appellant's attorney personally. The court has conducted a hearing and examined the Fulton county clerk's records, including the trial minutes record book. A detailed review of the facts would serve no useful purpose. It has not been shown that Lavin had actual knowledge of the none too apparent subsequent entry on the trial minutes that the motion to dismiss the complaint had been granted, although he should have known of this decision, from the record on appeal in his possession and on file in the clerk's office. This entry was not included in the certified copy of the minutes furnished Lavin by the county clerk, although it should have been. When furnished with a correct certified copy, Lavin at once brought the same to the knowledge of the court by including it in his reply affidavit and denies that he intended to mislead the court in any way and it is now apparent that he did not. However, his attributing falsehood to portions of the deputy clerk's affidavit was unjustified. Motion granted in all respects, except that the decision should award ten dollars costs payable to respondent by appellant. Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ., concur.

In the Matter of the Claim of HELEN GRABUSCH and MARTHA GRABUSCH, Respondents, against WESTERN BEER CORPORATION and PUBLIC SERVICE MUTUAL CASUALTY COMPANY, INC., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of NATHAN ALTSCHULLER, Respondent, against JACOB BRESSLER, Doing Business as BRESSLER CAP Co., and CONTINENTAL CASUALTY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— This is an appeal by the carrier and employer herein from a decision and award of total disability compensation for a period of sixty-four weeks at a tentative rate of $20.78 per week, totaling $1,329.92, with the case continued. The referee held that there was evidence of an accidental injury which arose out of and in the course of employment and that the medical evidence established causal relation between the injury and the disability. The decision and award were unanimously affirmed by the Board. There is ample evidence to sustain the decision and the award should be affirmed, with costs. Decision and award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.